1
2
3
4
5
6
7
8

9          # UNITED STATES DISTRICT COURT

10                  ## EASTERN DISTRICT OF CALIFORNIA

11
LUE HER,                                    1:12-CV-00890 AWI BAM HC
12
                        Petitioner,
13                                           FINDINGS AND RECOMMENDATION
        v.                                   REGARDING PETITION FOR WRIT OF
14                                           HABEAS CORPUS

15  RICK HILL, Warden,

16                      Respondent.
                                        /
17  _____

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20                              **DISCUSSION**

21          Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review

22  of each petition for writ of habeas corpus.  The Court must dismiss a petition "[i]f it plainly appears

23  from the petition . . . that the petitioner is not entitled to relief."  Rule 4 of the Rules Governing

24  2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990).  A federal court may only

25  grant a petition for writ of habeas corpus if the petitioner can show that "he is in custody in violation

26  of the Constitution . . . ."  28 U.S.C. § 2254(a).  A habeas corpus petition is the correct method for a

27  prisoner to challenge the "legality or duration" of his confinement.  Badea v. Cox, 931 F.2d 573, 574

28  (9th Cir. 1991), *quoting*, Preiser v. Rodriguez, 411 U.S. 475, 485 (1973); Advisory Committee Notes

1   to Rule 1 of the Rules Governing Section 2254 Cases.

2          In his second claim for relief, Petitioner challenges the $200.00 restitution fine imposed by

3   the trial court.  The Court is without jurisdiction to consider such a claim.  See Bailey v. Hill, 599

4   F.3d 976, 982 (2010) ("We . . . conclude that § 2254(a) does not confer jurisdiction over a state

5   prisoner's in-custody challenge to a restitution order imposed as part of a criminal sentence.").

6   Therefore, Ground Two of the petition should be dismissed.

7                                      **RECOMMENDATION**

8          Accordingly, the Court RECOMMENDS that Ground Two be DISMISSED from the petition

9   for writ of habeas corpus.

10          This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United

11   States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of

12   the Local Rules of Practice for the United States District Court, Eastern District of California.

13   Within thirty (30) days after service of the Findings and Recommendation, Petitioner may file

14   written objections with the Court.  Such a document should be captioned "Objections to Magistrate

15   Judge's Findings and Recommendation."  The Court will then review the Magistrate Judge's ruling

16   pursuant to 28 U.S.C. § 636 (b)(1)(C).  Petitioner is advised that failure to file objections within the

17   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

18   1153 (9th Cir. 1991).

19          IT IS SO ORDERED.

20   **Dated:   July 10, 2012**          **/s/ Barbara A. McAuliffe**

21                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28