UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUE HER,<br><br>        Petitioner,<br><br>  v.<br><br>RICK HILL, Warden,<br><br>        Respondent.<br>_____/ | 1:12-CV-00890 AWI BAM HC<br><br>FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**DISCUSSION**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing 2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990). A federal court may only grant a petition for writ of habeas corpus if the petitioner can show that "he is in custody in violation of the Constitution . . . ." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge the "legality or duration" of his confinement. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991), *quoting*, Preiser v. Rodriguez, 411 U.S. 475, 485 (1973); Advisory Committee Notes

1  to Rule 1 of the Rules Governing Section 2254 Cases.

2       In his second claim for relief, Petitioner challenges the $200.00 restitution fine imposed by
3  the trial court. The Court is without jurisdiction to consider such a claim. See <u>Bailey v. Hill</u>, 599
4  F.3d 976, 982 (2010) ("We . . . conclude that § 2254(a) does not confer jurisdiction over a state
5  prisoner's in-custody challenge to a restitution order imposed as part of a criminal sentence.").
6  Therefore, Ground Two of the petition should be dismissed.

7  **RECOMMENDATION**

8       Accordingly, the Court RECOMMENDS that Ground Two be DISMISSED from the petition
9  for writ of habeas corpus.

10      This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United
11 States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of
12 the Local Rules of Practice for the United States District Court, Eastern District of California.
13 Within thirty (30) days after service of the Findings and Recommendation, Petitioner may file
14 written objections with the Court. Such a document should be captioned "Objections to Magistrate
15 Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling
16 pursuant to 28 U.S.C. § 636 (b)(1)(C). Petitioner is advised that failure to file objections within the
17 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d
18 1153 (9th Cir. 1991).

19      IT IS SO ORDERED.

20     **Dated:   July 10, 2012**            /s/ **Barbara A. McAuliffe**
                                                                                      UNITED STATES MAGISTRATE JUDGE