UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUE HER, | 1:12-CV-00890 AWI BAM HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #8] |
| v. | ORDER DISMISSING GROUND FROM PETITION |
| RICK HILL, Warden, | ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 10, 2012, the Magistrate Judge issued a Findings and Recommendation ("F&R") that recommended Ground Two be DISMISSED from the petition for failure to state a claim for relief. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 20, 2012, Petitioner filed objections to the F&R. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  The

F&R's analysis was limited to ground two of the petition, which sought to reduce the amount of restitution imposed as part of the criminal sentence.  Petitioner's objections focus mostly on the validity of the sentence enhancements and do not specifically address the applicability of *Bailey v. Hill*, 599 F.3d 976, 982 (9th Cir. 2010) to this case.  *Bailey* concluded that "§ 2254(a) does not confer jurisdiction over a state prisoner's in-custody challenge to a restitution order imposed as part of a criminal sentence."  Petitioner has failed to show either that the F&R's reliance on *Bailey* is erroneous or that *Bailey* somehow does not apply to ground two.

Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's F&R is supported by the record and proper analysis, and there is no need to modify the F&R based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 10, 2012, is ADOPTED IN FULL;

2. Ground Two of the petition is DISMISSED;

3. The matter is REFERRED back to the Magistrate Judge for further proceedings; and

4. As this is not a "final order" which disposes of all claims in the petition, a certificate of appealability is not required.  28 U.S.C. § 1291; <u>Catlin v. United States</u>, 324 U.S. 229, 233 (1945).

IT IS SO ORDERED.

Dated:   October 25, 2012

CHIEF UNITED STATES DISTRICT JUDGE